UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Eng
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Bellevue Hospital
Doctor Paula Ann Francis
Anthony Covington
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☐ Yes   ☑ No
(check one)

APR - 2 2014

PRO SE

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name  Kenneth Eng

Street Address  4266 Saull Street

County, City  Flushing

State & Zip Code  NY, 11355

Telephone Number  _____

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name  Bellevue Hospital

Street Address  462 1st Ave

*Rev. 05/2010*

County, City NY

State & Zip Code NY 10016

Telephone Number _____

Defendant No. 2    Name   Doctor Paula Ann Francis, Bellevue Hospital

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 3    Name   Anthony Covington, Bellevue Hospital

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 4    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions                    ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
First Amendment, 42 U.S.C. 1981 _____
_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____
_____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Bellevue Hospital

B.    What date and approximate time did the events giving rise to your claim(s) occur? December 2009 to February 2010 (the statute of limitations has not expired because I have been on probation until recently and I was advised not to take legal action until afterwards. Is this true?)

C.    Facts: Doctor Paula Ann Francis of Bellevue Hospital severely abused me when I was in the psychiatric prison ward. She accused me of "banging his head against the wall" merely because another psychiatrist told her so (I did no such thing). She claimed that I was "narcissistic" because I voiced my hatred towards blacks. To claim that I am mentally ill merely because I have an unusual opinion is a violation of my First Amendment rights. I was assaulted by a black inmate after he made a racist remark at me (called me "chin"), and Dr. Francis blamed the entire thing on me. I was locked in the seclusion room despite the fact that I was the victim. Black inmates would hurl racial slurs at me constantly, and when I reported this to Dr. Francis, she took no action. I believe that Francis sided with the black patients because she herself is a negro. She also regarded me as insane because I insulted people, which is again a violation of my First Amendment rights. She said that my using a fake name was "extreme", which is silly because there is no reason I should trust an inmate with my real name. She insulted me by claiming that I was "paranoid" and "delusional" because I believe that Asians face discrimination. One of her nurses, Anthony Covington, attacked me by shoving me after he thought I was trying to bump into him. When I reported this to the head nurse, he threatened to inject me, place me in restraints and press charges if I ever brought up the issue again. Another nurse whose name I don't know also threatened to sedate me if I did not provide a blood sample. A nurse named Michael whose surname I do not know also locked me in the seclusion room unjustly a number of times. It is my belief that no one should be deprived of freedom merely for having racist opinions. Her staff also made racist remarks at me regularly. I have documented evidence.

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was assaulted by two inmates who were black. I was examined by the Bellevue medical units, but they did nothing. I did have some problems with my ear, bruising and headaches. The medications they forced upon me caused headaches as well, dizziness, drooling, damaged eyesight, trouble swallowing, drowsiness and impotence (permanent now).

*Rev. 05/2010*

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I require $5,000,000 from Dr. Francis and $3,000,000 from Bellevue Hospital. I am also asking for Dr. Francis to be terminated because of her gross discrimination and persecution of those with uncommon beliefs. I also recall that when I first met Dr. Francis, I mentioned that I was racist, and she replied, "I am a professional. I will not hold that against you." This was a lie.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of March , 20 14 .

Signature of Plaintiff

Mailing Address    4266 Saull Street

Flushing, NY 11355

Telephone Number    917-573-9453

Fax Number *(if you have one)*

__Note:__    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

## For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:

Inmate Number

*Rev. 05/2010*